UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONA MATTHEWS,

    Plaintiffs,                                                        Case No. 19-13277
vs.                                                                 HON. MARK A. GOLDSMITH

DETROIT PUBLIC SCHOOLS, et al.

    Defendants.
_____/

## **OPINION DISMISSING ALL CLAIMS AGAINST KELLY SERVICES, INC. WITHOUT PREJUDICE**

Plaintiff Mona Matthews filed a complaint against Defendants Detroit Public Schools and Kelly Service, Inc. A joint stipulated order entered on January 16, 2020 (Dkt. 17) provided that the claims against Kelly would be arbitrated. At the conference held on December 1, 2020, counsel for Matthews and Kelly Services acknowledged that arbitration had not taken place, but that appears to have been the result of Matthews's failure to file for arbitration. But having agreed to arbitrate the claims, Matthews withdrew from further litigation within the court system, except for confirmation of any award. Therefore, the claims are dismissed without prejudice.

    SO ORDERED.

Dated: January 21, 2021                                            s/Mark A. Goldsmith
   Detroit, Michigan                                              MARK A. GOLDSMITH
                                                                     United States District Judge